## CENTRAL TOOL CO.

v.

## Ramon L. ESPINAL.

### No. 81–372–M.P.

Supreme Court of Rhode Island.

Oct. 22, 1981.

Higgins, Cavanagh & Cooney, Harold E. Adams, Jr., Providence, for plaintiff-respondent.

Lovett & Linder, Ltd., Raul L. Lovett, Providence, for defendant-petitioner.

## ORDER

The petition for writ of certiorari is denied.

## WATCH HILL FIRE DISTRICT

v.

## Anthony GIORDANO et al.

### No. 79–125–M.P.

Supreme Court of Rhode Island.

Oct. 15, 1981.

Edwards & Angell, Timothy T. More, Providence, for petitioner.

John R. Payne, Town Sol., John J. Gentile, Jr., Asst. Town Sol., Westerly, for respondents.

## ORDER

This case comes before the court on an order to show cause why the petition for certiorari heretofore issued should not be quashed and the petition dismissed on the ground of lack of standing of the petitioner Watch Hill Fire District. The order to show cause was heard on October 7, 1981. After examination of the briefs filed by the parties and hearing the arguments of counsel, we are of the opinion that cause has not been shown. Consequently, the petition for certiorari is dismissed and the writ heretofore issued is hereby quashed.

## DANAL REALTY COMPANY

v.

## S'CESS PLATING CO., INC. et al.

### No. 81–494–A.

Supreme Court of Rhode Island.

Oct. 22, 1981.

Adler Pollock & Sheehan Incorporated, David J. Oliveira, Providence, for plaintiff.

Oster, Groff & Prescott, George M. Prescott, Lincoln, for defendants.

## ORDER

The defendants' motion to annul the bond ordered by the Superior Court is denied. The plaintiff's motion to dismiss defendants' appeal in accordance with the provisions of General Laws of 1956 (1969 Reenactment) § 34–20–8 is granted.